BEFORE THE THIRD DIVISION, JULY 26, 1965

**No. 69472.**—International Packers, Ltd. *v.* United States, protest 64/6514 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of boneless beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46. CCPA 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 69473.**—James Betesh Import Co. *v.* United States, protests 59/13703, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "T" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "D" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION JULY 27, 1965

**No. 69474.**—Brown, Alcantar & Brown, Inc. *v.* United States, protests 59/8866(S), etc. (El Paso).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.